# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><u>Lorenzo Jorgelino Pimentel-Torres,<br>A206 451 943</u><br>*Defendant* | ) ) ) ) ) ) ) ) Case No. 17-8409MJ |

DOA 10-8-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 8, 2017, in the County of Maricopa, in the District of Arizona, he defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey Jr., P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher M. Baugh
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: October 10, 2017

*Judge's signature*
John Z. Boyle
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On or about October 8, 2017, Lorenzo Jorgelino Pimentel-Torres, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona on or about March 18, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about October 8, 2017, at or near Gila Bend, in the District of Arizona, Lorenzo Jorgelino Pimentel-Torres, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 8, 2017, Border Patrol Agents Alfredo Najera and Jesus Mercado encountered an individual near Gila Bend, in the District of Arizona. The agents identified themselves as Border Patrol agents and performed an immigration inspection on the individual. The individual, later identified as Lorenzo Jorgelino Pimentel-Torres, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Pimentel-Torres was transported to the Ajo Border Patrol Station for further processing. Pimentel-Torres was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Lorenzo Jorgelino Pimentel-Torres to be a citizen of Mexico and a previously deported alien. Pimentel-Torres was removed from the United States to Mexico through Nogales, Arizona, on or about March 18, 2016, pursuant to the reinstatement of a removal order issued by an immigration official.

2

There is no record of Lorenzo Jorgelino Pimentel-Torres in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Lorenzo Jorgelino Pimentel-Torres in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Pimentel-Torres presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Pimentel-Torres entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Pimentel-Torres's immigration history was matched to him by electronic fingerprint comparison.

5. On October 9, 2017, Lorenzo Jorgelino Pimentel-Torres was advised of his constitutional rights. Pimentel-Torres freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Pimentel-Torres stated that his true and correct name is Lorenzo Jorgelino Pimentel-Torres and that he a citizen of Mexico. Pimentel-Torres stated that he entered the United States illegally by walking through the desert near Sonoyta, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 8, 2017, Lorenzo Jorgelino Pimentel-Torres, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 18, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about October 8, 2017, at or near Gila Bend, in the District of Arizona, Lorenzo Jorgelino Pimentel-Torres, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

Christopher M. Baugh
United States Border Patrol Agent


Sworn to and subscribed before me
this 10th day of October, 2017.

John Z. Boyle
United States Magistrate Judge